UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARTNER, INC., Plaintiff, v. KEVIN PARIKH, JAY PRIDAY, WILLIAM WYMAN RANDOLPH, MICHAEL ANDERSEN, AMIT SINGH, RAVI MAHALINGAM and HENRY GUAPO, Defendants. | 3:06CV2046 MRK CIVIL ACTION NO.:________ DECEMBER 22, 2006 |

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
12-22 2006
Kevin F. Rowe, Clerk
By C.W. Cocy
Deputy Clerk

FILED
2006 DEC 22 A 4:57
US DISTRICT COURT
BRIDGEPORT CT

## NOTICE OF REMOVAL OF A CIVIL ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The Defendants, Kevin Parikh, Jay Priday, Robert Wyman Randolph (incorrectly identified in the Verified Complaint as "William Wyman Randolph"), Michael Andersen, Amit Singh, Ravi Mahalingam and Henry Guapo ("Defendants"), by and through their attorneys, Jackson Lewis LLP, respectfully submit this Notice of Removal of a Civil Action based upon the following grounds:

1. This action was instituted by Plaintiff in the Superior Court of the State of Connecticut, Judicial District of Stamford/Norwalk at Stamford, Docket No. FST-CV-07-4010536 (hereinafter referred to as the "State Action") and is now pending therein. The State Action has a return date of January 2, 2007.

2. On December 7, 2006, a copy of the Summons and Verified Complaint in

FILED
2006 DEC 26 P 4:12
US DISTRICT COURT
BRIDGEPORT CT

the State Action was served on the first served Defendant. A true and correct copy of the Summons and Verified Complaint is attached as Exhibit A. Plaintiff alleges claims for breach of contract, breach of duty of loyalty, tortious interference with contract, tortious interference with prospective economic advantage, violation of the California Uniform Trade Secrets Act, Ca. Civ. Code §§ 3426 et seq., violation of the California Business & Professional Code §§ 17200 et seq., violation of the Illinois Consumer Fraud and Deceptive Businesses Practices Act, §§ 815 ILCS 505/1 et seq., and unfair competition.

3. On November 22, 2006, Plaintiff filed an Application for Temporary Injunction and Order to Show Cause (hereinafter "Application"). A true and correct copy of the Application is attached as Exhibit B.

4. On November 22, 2006, Judge Karazin issued an Order to Show Cause, demanding the appearance of Defendants to show cause as to why a temporary injunction should not be issued. A true and correct copy of the Order is attached as Exhibit C.

5. Defendants have neither appeared nor served answers or responsive pleadings to Plaintiff's Verified Complaint or its Application.

6. The above described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity of citizenship.

7. This case involves diverse parties. The Summons indicates that the Plaintiff is a resident of the State of Connecticut.

8. Defendants are individual citizens, six of whom are residing in the State of California and one of whom is residing in the State of Illinois.

9. Plaintiff's claims for damages alleged in the Verified Complaint will exceed $75,000.

10. Defendants submit this Notice of Removal of a Civil Action without waiving any jurisdictional or other defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief can be granted.

11. This Notice of Removal of a Civil Action is filed with this Court within thirty days after receipt by Defendants of a copy of the Summons and Verified Complaint upon which the State Action is based, as calculated under Rule 6(a) of the Federal Rules of Civil Procedure. Defendants Kevin Parikh, Jay Priday, Robert Wyman Randolph, Michael Andersen, Amit Singh, Ravi Mahalingam and Henry Guapo first received a copy of the Summons and Verified Complaint on December 7, 2006.

WHEREFORE, the Defendants Kevin Parikh, Jay Priday, Robert Wyman Randolph, Michael Andersen, Amit Singh, Ravi Mahalingam and Henry Guapo, hereby give notice that the State Action is removed from the Superior Court of the State of Connecticut, Judicial District of Stamford/Norwalk at Stamford, to this Court.

Respectfully submitted,

DEFENDANTS
KEVIN PARIKH, JAY PRIDAY,
ROBERT WYMAN RANDOLPH,
MICHAEL ANDERSEN,
AMIT SINGH, RAVI MAHALINGAM
and HENRY GUAPO

By: ______________________________
A. Robert Fischer (CT 01295)
Tal A. Kadar (CT 26723)
Gregory R. Bennett (CT 26655)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (Facsimile)
fischera@jacksonlewis.com
kadart@jacksonlewis.com
bennettg@jacksonlewis.com
THEIR ATTORNEYS

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, postage prepaid, this 22nd day of December, 2006, to counsel of record listed below:

Glenn M. Cunningham, Esq.
Daniel P. Fox, Esq.
Susan S. Murphy, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

______________________________
A. Robert Fischer