# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARTNER, INC., | : | |
| | : | |
| Plaintiff, | : | NO. 3:06CV2046 (MRK) |
| | : | |
| v. | : | |
| | : | |
| KEVIN PARIKH, JAY PRIDAY, | : | |
| WILLIAM WYMAN RANDOLPH, | : | |
| MICHAEL ANDERSEN, AMIT SINGH, | : | |
| RAVI MAHALINGAM, and HENRY | : | |
| GUAPO, | : | |
| | : | |
| Defendants. | : | |

## RULING AND ORDER

For the reasons stated on the record in open court, the Court GRANTS the Defendants'

Motion to Transfer [doc. # 16].  **The Clerk is directed to transfer this case to the United States**

**District Court for the Central District of California**.


IT IS SO ORDERED.



/s/ _____Mark R. Kravitz_____
United States District Judge


Dated at New Haven, Connecticut: **February 23, 2007.**